IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00400-MSK-BNB

CAREY MEGAN SCHARFENSTINE, as mother of GREYSON COLE SCHARFENSTINE and next friend of GREYSON COLE SCHARFENSTINE,

        Plaintiff,

v.

THE BOEING COMPANY, INC.,

        Defendant.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

        IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

        DATED this 2nd day of March, 2009.

        **BY THE COURT:**

        *Marcia S. Krieger*
        Marcia S. Krieger
        United States District Judge