IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00400-CMA-BNB

CAREY MEGAN SCHARFENSTINE, as mother of GREYSON COLE
SCHARFENSTINE and next friend of GREYSON COLE SCHARFENSTINE,

    Plaintiff,

v.

THE BOEING COMPANY, INC.,

    Defendant.

---

## AMENDED ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b), United States Magistrate Judge Boyd N. Boland is designated to conduct proceedings in this civil action as follows:

- (X)   Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

- (X)   Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

- (X)   Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

- (X)   Hear and determine pretrial matters, including discovery and other non-dispositive motions.

- ( )   Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

- (X)   Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above. It is

FURTHER ORDERED that unless service has otherwise been completed or arranged, Plaintiff's counsel is directed to effect service of the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure **no later than April 10, 2009** in order for the initial scheduling conference to be held promptly. The parties should expect to be given a firm trial setting that is 60 to 120 days from the date of the <u>final pretrial conference</u>, and should be available for trial accordingly.

DATED: March   10  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge