**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No.  09-cv-00400-REB-MEH

CAREY MEGAN SCHARFENSTINE, as Mother of GREYSON COLE
SCHAFRENSTINE, and
Next Friend of GREYSON COLE SCHARFENSTINE,

     Plaintiff,

v.

THE BOEING COMPANY, INC.,

     Defendant.

---

**MINUTE ORDER[1]**

---

     The matter comes before the court on the **Plaintiff's Motion For Leave to File a Sur-Reply or in the Alternative for Oral Argument** [#26] filed May 26, 2009.  The motion is **DENIED**.

     Dated:  May 27, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.